DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC RONALD HADDOU,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3383

[March 5, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case Nos. 562011CF000431A and 562013CF003123A.

Rachael E. Reese of O'Brien Hatfield Reese, P.A., Tampa, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***